UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN M. GERLICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-1134 (JDB) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

NOTICE OF APPEARANCE

Please take notice that John R. Tyler, Senior Trial Counsel, Federal Programs Branch, Civil Division, United States Department of Justice, hereby enters his appearance on behalf of the defendant in the above-captioned case.

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director


 /s/ John R. Tyler
JOHN R. TYLER (DC # 297713)
Department of Justice, Civil Division
Federal Programs Branch, Rm. 7344
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(212) 514-2356

Attorneys for Defendant.

July 11, 2008.