UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN M. GERLICH, *et. al.*     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| v.     ) | Civil Action No. 1:08-cv-1134 (JDB) |
| ) | |
| UNITED STATES DEPARTMENT     ) | |
| OF JUSTICE, *et al.*,     ) | |
| ) | |
| Defendants.     ) | |
| ) | |
| _____     ) | |

DEFENDANT DEPARTMENT OF JUSTICE'S UNOPPOSED MOTION AND
MEMORANDUM IN SUPPORT THEREOF FOR AN ENLARGEMENT OF
TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant the United States Department of Justice hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 46 days, up to and including Tuesday, October 14, 2008, within which to respond to the amended complaint filed in the above-captioned action on Friday, August 15, 2008.[1]  Pursuant to Local Rule 7(m), the undersigned counsel communicated with the other counsel of record who represent that they do not oppose the Justice Department's motion.  In support of its request for more time to respond to the amended complaint, the Department of Justice represents as follows:

1.     This action arises from a report issued on June 24, 2008 by the Justice Department's Office of Inspector General ("OIG) and Office of Professional Responsibility ("OPR") which found the existence of evidence indicating that applicants to the Department's Honors Program and Summer Law Intern Program might have been denied job interviews based on political

---

[1] The enlargement of time requested by the Department of Justice would allow it 60 days after the filing of the amended complaint to respond thereto.

affiliation. Pursuant to these findings, plaintiff Sean Gerlich, an unsuccessful 2006 Honors Program applicant, brought multiple claims against the Justice Department on June 30, 2008 based on the speculation that he might have been denied a job interview for improper reasons.

2. On August 15, 2008, plaintiff filed an amended complaint over 100 pages in length (220 paragraphs). Four additional plaintiffs are named in the amended complaint consisting of unsuccessful applicants to the Honors Program or Summer Law Intern Program in 2002 and 2006. Four defendants have also been added to this lawsuit, consisting of former Justice Department officials who are named in their individual capacities, including former Attorney General Alfredo Gonzales. Plaintiffs bring claims against the Department of Justice under the Privacy Act, the Civil Service Reform Act, the First and Fifth Amendments, and the Federal Records Act, asking for damages (under the Privacy Act) and for declaratory and injunctive relief. Plaintiffs bring *Bivens* claims for damages against the individually named defendants under the First and Fifth Amendments.

3. Under Fed. R. Civ. P. 15(a)(3), the Justice Department's response to the amended complaint is currently due on Friday, August 29, 2008. Under Fed. R. Civ. P. 12(a)(3), which applies to United States officers or employees who are sued in their individual capacities "for an act or omission occurring in connection with duties performed on the United States' behalf," the individually named defendants are required to respond to the complaint "within 60 days after service on the officer or employee or service on the United States attorney, whichever is later." Private counsel have noticed their appearance in this case on behalf of Monica Goodling, one of the individually named defendants. The Department of Justice does not know at this time whether any of the other named defendants will request representation by the Department in this

lawsuit by or will be represented by private counsel.

4.  The Justice Department moves for an enlargement of time in order to be able to adequately review and respond to plaintiffs' complaint of more than 100 pages in length. More time is also needed to allow the Department to respond to representation requests that might be made by any of the individually named defendants. It is currently unknown whether the Department of Justice, in addition to representing its own interests in this lawsuit, will be asked to represent other individually named defendants who are not obligated to answer the complaint until 60 days after service on them or on the United States Attorney, whichever is later. Moreover, no purpose is served by requiring to the Department to respond to the complaint at this time, significantly prior to when the other defendants will be required to respond. Plaintiffs will not be prejudiced by allowing all defendants the same time within which to respond to the amended complaint.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court grant defendant Department of Justice's motion for more time to respond to the amended complaint.

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

    /s/  John R. Tyler
JOHN R. TYLER (DC # 297713)
Department of Justice, Civil Division
Federal Programs Branch, Rm. 7344
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(212) 514-2356

Attorneys for Defendant.

August 25, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN M. GERLICH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-964 (JDB) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Upon consideration of defendant Department of Justice's unopposed motion for an enlargement of time to respond to the amended complaint, it is hereby

ORDERED that defendant's motion is granted, whereby the Department of Justice has until Tuesday, October 14, 2008, within which to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

This ___ day of _____ 2008.