UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**SEAN M. GERLICH, et al.,**

    **Plaintiffs,**

    v.                          Civil Action No. 08-1134 (JDB)

**UNITED STATES DEPARTMENT**
  **OF JUSTICE, et al.,**

    **Defendants.**

_____

### NOTICE OF FILING

Plaintiffs, by their undersigned counsel, hereby file with the Court the Declaration of Daniel J. Metcalfe, in accordance with Rules 12 and 56 of the Federal Rules of Civil Procedure, to address the matter of anticipated deposition discovery in this case.

                                                      Respectfully submitted,

Dated: September 2, 2008

                                                 /s/ Daniel J. Metcalfe
                                                 DANIEL J. METCALFE
                                                 D.C. Bar # 244293
                                                 4801 Massachusetts Ave., N.W.
                                                 Washington, D.C.  20016
                                                 (301) 509-2300
                                                 Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**SEAN M. GERLICH, et al.,**

    **Plaintiffs,**

    v.                                                               Civil Action No. 08-1134 (JDB)

**UNITED STATES DEPARTMENT**
  **OF JUSTICE, et al.,**

    **Defendants.**

_____

**DECLARATION OF DANIEL J. METCALFE**

    I, Daniel J. Metcalfe, hereby declare as follows:

    1.  I have been a member of the Bar of this Court for more than thirty years and am counsel for the plaintiffs in this civil action.

    2.  This Declaration is executed and submitted in accordance with Rules 12 and 56 of the Federal Rules of Civil Procedure for the reasons that follow.

    3.  On August 15, 2008, the plaintiffs in this civil action filed, and soon thereafter served, an Amended Complaint that states *Bivens* claims against four defendants individually:  Monica M. Goodling, Michael J. Elston, Esther S. McDonald, and Alberto R. Gonzales.

4. Since that time, I have had contacts and conversations with multiple counsel for these defendants and expect that one or more motions to dismiss these causes of action will be filed soon.

5. Though I believe that such motions to dismiss are most properly filed under Rule 12(b)(1) of the Federal Rules of Civil Procedure, in my experience they sometimes are filed under Rule 12(b)(6), or in a blurred fashion under both rules, instead.  I am mindful in this regard that a recent case before the Supreme Court, *Tenet v. Doe*, 544 U.S. 1, 5 (2005), involved a motion to dismiss that invoked both rules.

6. I also am mindful that by operation of rule, any motion to dismiss filed under Rule 12(b)(6) that submits matters outside that pleadings not thereafter excluded must be treated as a motion for summary judgment under Rule 56.

7. Lastly, I am mindful that, by operation of Rule 56's provisions, most particularly Rule 56(f), a party opposing a summary judgment motion (or one treated as such) must in effect seek leave of the Court in order to pursue discovery that ordinarily would otherwise be readily available.

8. So this Declaration is to attest, in accordance with the rules as described above, to the fact that the plaintiffs in this civil action will seek, inter alia, to

depose each of the named individual defendants (numbering between three and five), for purposes of jurisdictional discovery, at an appropriate time.

    I hereby declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 2, 2008
                      /s/ Daniel J. Metcalfe__
                      Daniel J. Metcalfe