UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**SEAN M. GERLICH, et al.,**

    **Plaintiffs,**

        v.                                                   Civil Action No. 08-1134 (JDB)

**UNITED STATES DEPARTMENT
   OF JUSTICE, et al.,**

    **Defendants.**

_____

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by their undersigned counsel, respectfully move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Rule 23.1 of the Local Civil Rules of this Court, for certification of this action as a class action in accordance with the contours specified. In support of this motion, the Court's attention is respectfully referred to Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Class Certification, which is filed herewith.

Conclusion

For the foregoing reasons, plaintiffs respectfully urge that their motion for

certification of this case as a class action be granted. An appropriate proposed order is filed herewith.[1]

                                      Respectfully submitted,

Dated: February 9, 2009

/s/ Daniel J. Metcalfe
DANIEL J. METCALFE
D.C. Bar # 244293
4801 Massachusetts Ave., N.W.
Washington, D.C. 20016
(301) 509-2300
Counsel for Plaintiffs

---

[1] Pursuant to Local Civil Rule 7(m), counsel for plaintiffs contacted counsel for all six defendants in connection with the filing of this motion, and as to all defendants this motion is opposed. Accordingly, plaintiffs respectfully request oral argument on this motion.