UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN M. GERLICH, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 08-1134 (JDB) |

### ORDER

On February 9, 2009, Plaintiffs filed [71] a motion for class certification. Subsequently, on February 16, 2009, defendant Esther McDonald filed [74] a motion to strike the class allegations or, in the alternative, to stay class certification briefing and related proceedings pending the resolution of defendants' motions to dismiss plaintiffs' second amended complaint.

Under the Local Rules, responses to plaintiffs' motion for class certification are due by February 20, 2009, and responses to defendant McDonald's motion are due by February 27, 2009. In the interests of judicial economy and fairness to the parties, it is hereby **ORDERED** that all briefing on [71] plaintiffs' motion for class certification is hereby **STAYED** at this time until the Court resolves [74] defendant McDonald's motion or until further Order of the Court.

    **SO ORDERED**.

                                                          /s/ John D. Bates
                                                            JOHN D. BATES
                                                   United States District Judge

Dated: February 18, 2009