## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEAN M. GERLICH, et al.,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

      Defendants.

Civil Action No.  08-1134 (JDB)

## ORDER

Upon consideration of [40] [41] [42] [44] [49] [55] defendants' motions to dismiss the second amended complaint, the parties several memoranda, the arguments presented at the August 18, 2009 motions hearing, the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [40] [41] [42] [44] [55] the motions to dismiss filed by defendants Alberto Gonzales, Monica Goodling, Michael Elston, Esther McDonald, and Louis DeFalaise are **GRANTED** and Counts IX through XIII (the "<u>Bivens</u> claims") of the second amended complaint are **DISMISSED** and those defendants are **DISMISSED** from this case; it is further

**ORDERED** that [49] defendant U.S. Department of Justice's ("DOJ") motion to dismiss is **GRANTED IN PART and DENIED IN PART**; it is further

**ORDERED** that DOJ's motion is **GRANTED** with respect to Counts III through VII (Privacy Act), Count VIII (U.S. Constitution), Count XIV (Civil Service Reform Act), and Count XV (Federal Records Act), and those claims are **DISMISSED** in their entirety; it is further

**ORDERED** that DOJ's motion is **DENIED** with respect to Count I (Privacy Act -- (e)(7))

and Count II (Privacy Act -- (e)(5)), and those claims will be allowed to proceed; it is further

**ORDERED** that plaintiffs Sean Gerlich, Christopher Coleman, James Gooch, Benjamin Meier, and Ryan Spiegel are **DISMISSED** from this case; and it is further

**ORDERED** that the initial scheduling conference in this matter is set for October 16, 2009, at 9:00 a.m. in Courtroom 8. Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R. 16.3(d), and in no event less than three business days before the initial scheduling conference.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil Rule 7(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

**SO ORDERED**.


_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge


Dated:  September 16, 2009