UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEAN M. GERLICH, et al.,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

    Defendants.

Civil Action No. 08-1134 (JDB)

## ORDER

On March 9, 2009, the Court ordered that all briefing on [71] plaintiffs' motion for class certification and all further briefing on [74] [76] defendants' motions to strike class allegations be stayed "pending resolution of defendants' motion to dismiss the second amended complaint or until further order of the Court."  Because the Court resolved defendants' motions to dismiss the second amended complaint on September 16, 2009, [71][74][76] plaintiffs' motion for class certification and defendants' motions to strike class allegations are once again before the Court.

The Court denies [74][76] defendants' motions to strike class allegations.  In its September 16, 2009 Order the Court dismissed the claims against the individual defendants, and therefore dismissed these defendants from this case.  Defendants' motions therefore are moot. See North Carolina v. Rice, 404 U.S. 244, 246 (1971) ("[F]ederal courts are without power to decide questions that cannot affect the rights of litigants in the case before them.").  Accordingly, these motions are denied.

The Court also denies without prejudice [71] plaintiffs' motion for class certification. The Court's September 16, 2009 Order dismissed all but two of plaintiffs' claims against the

Department of Justice, and dismissed five of the eight plaintiffs from this case. Because the factual basis underlying plaintiffs' motion has changed, the motion is denied without prejudice. If plaintiffs again wish to move for class certification, they may do so pursuant to the schedule detailed in this Order.

Therefore, it is hereby **ORDERED** that [74][76] defendant McDonald's and defendant DeFalaise's motions to strike class allegations are **DENIED AS MOOT**; it is further

**ORDERED** that [71] plaintiffs' motion for class certification is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that if plaintiffs' wish to move for class certification, they must do so by not later than October 23, 2009. Defendant's opposition shall be filed by not later than November 23, 2009. And plaintiffs' reply, if any, shall be filed by not later than December 8, 2009.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: September 23, 2009