# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 09-5354**　　　　　　　　　　　　　　　**September Term, 2012**
FILED ON: MARCH 29, 2013

SEAN GERLICH, ET AL.,
　　　APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,
　　　APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-01134)

---

Before: GARLAND, *Chief Judge,* ROGERS and GRIFFITH, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed as to the grant of summary judgment on Faiella and Herber's claims under the Privacy Act, 5 U.S.C. § 552a(e)(5) and (e)(7). On remand the district court shall construe the evidence in light of the negative spoliation inference, which would permit a reasonable trier of fact to find that they were harmed by the creation and use of the destroyed records. Otherwise the District Court's judgment is affirmed, in accordance with the opinion of the court filed herein this date.

　　　　　　　　　　　　　　　　　　　　　Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:　/s/
Jennifer M. Clark
Deputy Clerk

Date: March 29, 2013

Opinion for the court filed by Circuit Judge Rogers.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/28/13
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
　　　　　　 __ Opinion
　　　　　　 __ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk