UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEAN M. GERLICH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:08-cv-01134-TFH |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

COME NOW the parties to this litigation, by counsel, to respectfully request that the Court continue the status conference in this matter, currently set for January 23, 2014, to February 27, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard. In support thereof, the parties state as follows:

1. This is a Privacy Act lawsuit that is on remand from the United States Court of Appeals for the District of Columbia Circuit. *See Gerlich v. Dep't of Justice*, 711 F.3d 161 (D.C. Cir. 2013). Over the last several months, the parties have negotiated in good faith in an attempt to resolve the outstanding issues remaining in this lawsuit. To that end, counsel for the parties believe that they have reached a tentative settlement agreement. However, that tentative agreement still must undergo the Department of Justice's approval process, which has only just begun. Counsel for the government cannot predict the outcome of that approval process. Moreover, and should the Department of Justice ultimately approve the agreement that counsel have tentatively reached, the parties will need time to prepare necessary paperwork.

2. Accordingly, the parties respectfully request that the Court continue tomorrow's status conference until February 27, 2014.

Respectfully submitted this 22nd day of January, 2014.

| | |
|---|---|
| /s/ Daniel J. Metcalfe<br>DANIEL J. METCALFE<br>D.C. Bar No. 244293<br>4801 Massachusetts Ave., N.W.<br>Washington, DC  20016<br>(301) 509-2300<br>*Counsel for Plaintiffs* | STUART F. DELERY<br>Assistant Attorney General<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>/s/ Brad P. Rosenberg<br>BRAD P. ROSENBERG<br>D.C. Bar No. 467513<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20001<br>(202) 514-3374<br>*Counsel for Defendant* |