UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SEAN M. GERLICH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-01134-TFH |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to the dismissal of the above-captioned action with prejudice.

| | |
|---|---|
| /s/ Daniel J. Metcalfe | STUART F. DELERY |
| DANIEL J. METCALFE | Assistant Attorney General |
| D.C. Bar No. 244293 | |
| 4801 Massachusetts Ave., N.W. | JOHN R. TYLER |
| Washington, DC  20016 | Assistant Branch Director |
| (301) 509-2300 | |
| *Counsel for Plaintiffs* | |
| | /s/ Brad P. Rosenberg |
| | BRAD P. ROSENBERG |
| | D.C. Bar No. 467513 |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W. |
| | Washington, DC  20001 |
| | (202) 514-3374 |
| | *Counsel for Defendant* |

IT IS SO ORDERED that this action shall be, and it hereby is, DISMISSED WITH PREJUDICE.

_____
THOMAS F. HOGAN
Senior United States District Judge

_____
Date