UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEAN M. GERLICH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01134-TFH |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to

the dismissal of the above-captioned action with prejudice.


/s/ Daniel J. Metcalfe
DANIEL J. METCALFE
D.C. Bar No. 244293
4801 Massachusetts Ave., N.W.
Washington, DC  20016
(301) 509-2300
*Counsel for Plaintiffs*

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director


/s/ Brad P. Rosenberg
BRAD P. ROSENBERG
D.C. Bar No. 467513
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20001
(202) 514-3374
*Counsel for Defendant*

IT IS SO ORDERED that this action shall be, and it hereby is, DISMISSED

WITH PREJUDICE.

THOMAS F. HOGAN
Senior United States District Judge

*18 March 2014*

Date